Helen Bratt DuBarry, Respondent, v. Augusto E. Gennaro, Appellant. — Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Morris Goldstein, Respondent, v. Isaac P. Lewin, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Harry Greenblatt, Appellant, v. Jacob Feingold, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Henri Grossman, Respondent, v. Pericles Xenakis and Constantine Xenakis, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J.; Thomas, Carr, Woodward and Rich, JJ., concurred.

Adele Gumbiner, Appellant, v. Alfred A. Gumbiner, Respondent.— Judgment modified by striking out the expression ".upon the merits," and as thus modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Woodward, J., dissented.

In the Matter of Supplementary Proceedings: Florence Balaban, Respondent, v. William Middleton, Defendant; William W. Wohlgemuth, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Harvey Kernan, Respondent, v. Barney Elfin and Others, Defendants. Louis Enoch, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Burr, Thomas, Carr, Woodward and Rich, JJ., concurred.

John Knief, Appellant, v. David H. Valentine, Respondent.— Order modified by disallowing amendments 50, 51 and 53, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Hirschberg, J., voted to affirm.

Martin Leach, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Edward M. Lockwood, Respondent, v. William J. Belford, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Carr, Woodward and Rich, JJ., concurred; Jenks, P. J., not voting.